**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6821**

WANELEY WRAY BROWN, a/k/a Waynely Brown,

       Petitioner - Appellant,

   v.

UNITED STATES OF AMERICA,

       Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:17-cr-00017-MR)

Submitted:  November 16, 2017            Decided:  December 6, 2017

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Waneley Wray Brown, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Waneley Wray Brown appeals the district court's order and judgment denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. United States*, No. 1:17-cv-00017-MR (W.D.N.C. June 19, 2017). We grant Brown leave to proceed in forma pauperis and his motion to supplement his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*